JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAZUETA CARLOS ALFONZO MEZA,<br><br>               Plaintiff,<br><br>   v.<br><br>USA,<br><br>           Defendants. | Case No. EDCV 07-1115-VAP<br>RE: EDCR 04-130-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: ___June 10, 2008___    _____
                                VIRGINIA A. PHILLIPS
                              United States District Judge